[27 NE3d 469, 3 NYS3d 755]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. COOKE, Appellant.

Decided February 24, 2015

■■■■■■

## APPEARANCES OF COUNSEL

*Davison Law Office, PLLC*, Canandaigua (*Mary P. Davison* of counsel), for appellant.

*Brooks T. Baker, District Attorney*, Bath (*John C. Tunney* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

The trial court's failure to make a finding of necessity for the stun belt's use does not constitute an unwaivable mode of proceedings error (*see People v Buchanan*, 13 NY3d 1, 4 [2009]; *see generally People v Hanley*, 20 NY3d 601, 604 [2013]; *People v Schrock*, 108 AD3d 1221, 1224-1225 [4th Dept 2013], *lv denied* 22 NY3d 998 [2013], *denied reconsideration* 23 NY3d 1025 [2014]; *see also People v Gamble*, 18 NY3d 386, 396-397 [2012], *rearg denied* 19 NY3d 833 [2012]). Thus, as defendant never objected, and indeed expressly consented to wearing a stun belt at trial, he waived his contention that he was denied a fair trial on the ground that he was restrained by means of that security device (*see People v Iannone*, 45 NY2d 589, 600 [1978]; *cf. Buchanan*, 13 NY3d at 3). We have considered defendant's remaining contentions and find them to be without merit.

Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA, ABDUS-SALAAM and STEIN concur; Judge FAHEY taking no part.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.